Steven SANCHEZ, Petitioner—
Appellant,

v.

DIRECTOR, NEVADA DEPARTMENT
OF PRISONS; et al., Respondents—
Appellees.

No. 06–16181.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

Steven Sanchez, Carson City, NV, pro
se.

Heather D. Procter, Esq., AGNV–Office
of the Nevada Attorney General, Carson
City, NV, for Respondents–Appellees.

Before: BEEZER, FERNANDEZ, and
McKEOWN, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Steven Sanchez
appeals pro se from the district court's
judgment denying his 28 U.S.C. § 2254
petition challenging his conviction for mur-
der. We have jurisdiction pursuant to 28
U.S.C. § 2253(a), and we affirm.

Sanchez contends that trial counsel was
ineffective in (1) failing to present the de-
fense that the victim's death was acciden-
tally caused by a head-first fall onto a
bedroom dresser during a fight, and (2)
failing to file a pretrial motion requesting
that an independent forensic toxicologist
examine the victim to prove that the vic-
tim's death was caused by a drug over-
dose. We conclude that the state court's
decision rejecting these claims was neither
contrary to nor an unreasonable applica-
tion of clearly established federal law as
determined by the Supreme Court. *See* 28
U.S.C. § 2254(d); *Strickland v. Washing-
ton,* 466 U.S. 668, 694–96, 104 S.Ct. 2052,
80 L.Ed.2d 674 (1984).

To the extent that appellant raises un-
certified claims, we construe such argu-
ment as a motion to expand the Certificate
of Appealability, and we deny the motion.
*See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,*
195 F.3d 1098, 1104–05 (9th Cir.1999) (per
curiam).

**AFFIRMED.**

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.